AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4 . Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Presnell, Gregory A. | U.S. Dist.Court, MD of FL | 06/09/2000 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Nominee | X Nomination, Date 06/08/2000<br><br>Initial  Annual  Final | '01/01/1999 to 05/31/2000 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 255 South Orange Avenue<br>Post Office Box 231<br>Orlando, FL 32802 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Shareholder | Akerman, Senterfitt & Eidson, P.A. |
| 2 President | Grande Quay Homeowners Association |
| 3 | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 2000 | Akerman, Senterfitt & Eidson, P.A.--Payment of Capital and Retirement benefit over period of five years |
| 2 2000 | Akerman, Senterfitt & Eidson, P.A. Case or Deferred Profit Sharing Plan (401K) |
| 3 | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 1999 | Akerman, Senterfitt & Eidson, P.A. | $557,207 |
| 2 2000 | Akerman, Senterfitt & Eidson, P.A. | $125,000 |
| 3 1999 | Akerman, Senterfitt & Eidson, P.A. (Spouse) | |
| 4 2000 | Akerman, Senterfitt & Eidson, P.A. (spouse) | |

**FINANCIAL DISCLOSURE REPORT**     Presnell, Gregory A.          05/30/2000

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | None | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES:J=$15,000 or less     K=$15,001-$50,000     L=$50,001 to $100,000     M=$100,001-$250,000     N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income,assets, or transactions.) | | | | | Exempt | | | | |
| 1 SunTrust Checking | A | Interest | K | T | | | | | |
| 2 SunTrust MMA | C | Interest | M | T | | | | | |
| 3 Merrill Lynch MMA | A | Interest | J | T | | | | | |
| 4 MSDW MMA (Spouse) | A | Interest | J | T | | | | | |
| 5 MSDW MMA | A | Interest | J | T | | | | | |
| 6 Home Depot Common Stock | A | Dividend | K | T | | | | | |
| 7 Boeing Common Stock | A | Dividend | J | T | | | | | |
| 8 Schlumberger Common Stock | A | Dividend | J | T | | | | | |
| 9 MSDW Tech Index | A | Dividend | J | T | | | | | |
| 10 MSDW Tech Index (spouse) | A | Dividend | J | T | | | | | |
| 11 Merrill Lynch Capital Fund | A | Dividend | K | T | | | | | |
| 12 Merrill Lynch GL Allocation Fund | A | Dividend | J | T | | | | | |
| 13 STI Tax Ex Bond Fund | B | Dividend | L | T | | | | | |
| 14 Putnam Investors Fund | | None | K | T | | | | | |
| 15 MSDW Growth Fund | A | Dividend | K | T | | | | | |
| 16 MSDW GlobalDiv. Fund | A | Dividend | K | T | | | | | |
| 17 MSDW Amer. Opp. Fund | B | Dividend | K | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 MSDW Div. Growth Fund | A | Dividend | K | T | Exempt | | | | |
| 19 Vanguard Funds | C | Dividend | M | T | | | | | |
| 20 Vanguard Annuity | A | Dividend | J | T | | | | | |
| 21 Family Trust (Income Beneficiary) | B | Dividend | L | W | | | | | |
| 22 Boggy Creek Ltd. Orange County, Florida | A | Interest | L | W | | | | | |
| 23 Jetport Ltd., Orange County, Florida | A | Interest | L | W | | | | | |
| 24 Wetherbee Ltd., Orange County, Florida | | None | L | W | | | | | |
| 25 Airport Industrial, Ltd., Orange County, Florida | A | Interest | L | W | | | | | |
| 26 Akerman, Senterfitt & Eidson, P.A. stock | D | Interest | M | U | | | | | |
| 27 Akerman, Senterfitt & Eidson, P.A. stock (spouse) | B | Interest | K | U | | | | | |
| 28 MSDW High Yield (IRA) | A | Dividend | J | T | | | | | |
| 29 MSDW Comp. edge (IRA) | | None | J | T | | | | | |
| 30 MSDW Mid Cap. (IRA) | | None | J | T | | | | | |
| 31 MSDW Eur. Gr. (IRA) | | None | J | T | | | | | |
| 32 MSDW Gl. Div. Gr. (IRA) | A | Dividend | K | T | | | | | |
| 33 MSDW Div. Gr (IRA) | A | Dividend | K | T | | | | | |
| 34 MSDW Amer. Opp. (IRA) | | None | K | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35. MSDW Growth Fund (IRA) | | None | K | T | | | | | |
| 36. MSDW U.S. Government Sec. (IRA) | A | Dividend | J | T | | | | | |
| 37. Montag & Caldwell Growth Fund (AS&E Profit Sharing) | C | Dividend | N | T | | | | | |
| 38. STI Sm. Cap. Fund (AS&E Profit Sharing) | B | Dividend | M | T | | | | | |
| 39. STI Bond Fund (AS&E Profit Sharing) | D | Dividend | M | T | | | | | |
| 40. T. Rowe Price Mid-Cap. Fund (AS&E Profit Sharing) | C | Dividend | M | T | | | | | |
| 41. Templeton Foreign Equity Fund (AS&E Profit Sharing) | C | Dividend | L | T | | | | | |
| 42. STI Value Inc. Fund (AS&E Profit Sharing) | D | Dividend | N | T | | | | | |
| 43. Putnam International Growth Fund (AS&E Profit Sharing) | B | Dividend | L | T | | | | | |
| 44. SunTrust Stable Asset (AS&E Profit Sharing) | C | Dividend | L | T | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

Exempt

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

**FINANCIAL DISCLOSURE REPORT**

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Regarding Part VII, the Family Trust contains two assets, common stock in Chrysler Corporation and Weyerhaeuser.

Name of Person Reporting

Presnell, Gregory A.

Date of Report

05/30/2000

**FINANCIAL DISCLOSURE REPORT**

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Regarding Part VII, the Family Trust contains two assets, common stock in Chrysler Corporation and Weyerhaeuser.

# IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date __6/9/00__

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

# FINANCIAL STATEMENT

Gregory A. Presnell

Cecelia Bonifay

As of   May 31, 2000

This Financial Statement should be completed and placed at the end of an application. Provide complete, current information, in dollars, adding schedules as necessary, for yourself, spouse and other immediate members of your household. This is the Financial Statement as requested by the Senate Committee on the Judiciary.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 187,600 | 00 | Notes payable to banks – secured (Auto) | 20,000 | 00 |
| U.S. Government securities – add schedule | 0 | | Notes payable to banks – unsecured | 0 | |
| | | | Notes payable to relatives | 0 | |
| Listed securities – add schedule A | 720,000 | 00 | Notes payable to others | 0 | |
| Unlisted securities – add schedule | 0 | | Accounts and bills due | 2,500 | 00 |
| Accounts and notes receivable: | 0 | | Unpaid income tax | 0 | |
| Due from relatives and friends | 15,000 | 00 | Other unpaid tax and interest | 0 | |
| Due from others | 0 | | Real estate mortgages payable – add schedule D | 560,000 | 00 |
| Doubtful | 0 | | | | |
| Real estate owned – add schedule B | 1,250,000 | 00 | Chattel mortgages and other liens payable | 0 | |
| Real estate mortgages receivable | 0 | | | | |
| Autos and other personal property | 100,000 | 00 | Other debts – itemize: | 0 | |
| Cash value – life insurance | 25,000 | 00 | | | |
| Other Assets – itemize: | 0 | | | | |
| AS&E Profit Sharing | 1,375,000 | 00 | | | |
| CRP Trust | 75,000 | 00 | Total liabilities | 582,500 | 00 |
| AS&E Capital Account | 145,000 | 00 | Net worth | 3,635,100 | 00 |
| Limited Pntrships-Sched C | 325,000 | 00 | Total liabilities and net worth | 4,217,600 | 00 |
| Total assets | 4,217,600 | 00 | | | |
| CONTINGENT LIABILITIES | 0 | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | 0 | | Are any assets pledged? (Add schedule) | NO | |
| On leases or contracts | 0 | | | | |
| Legal Claims | 0 | | Are you defendant in any suits or legal actions? | NO | |
| Provision for Federal Income Tax | 0 | | | | |
| Other special debt | 0 | | Have you ever taken bankruptcy? | NO | |
| | 0 | | | | |